IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELIJAH SHON WALLS,　　　　　　　　*

　　　　Plaintiff　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　　*　　Civil Action Number: L-00-3675

　　　　　　　　　　　　　　　　　　*

KIA MOTORS AMERICA, INC.

　　　　　　　　　　　　　　　　　　*

　　　　Defendant

　　　　　　　　　　　　　　　　　　*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### KIA MOTORS AMERICA, INC.'S ANSWER TO COMPLAINT

Defendant Kia Motors America, Inc. ("Kia"), by and through its counsel, hereby answers the complaint filed by the Plaintiff, Elijah Shon Walls ("the Complaint").

Kia responds to the numbered paragraphs of the Complaint as follows:

1.　Kia admits the allegations in paragraph 1 of the Complaint.

2.　Kia denies the allegations in paragraph 2 of the Complaint, except that Kia admits that it is a duly organized corporation, and except that Kia is without knowledge or information sufficient to form a belief as to the truth of the allegation that the Plaintiff purchased the subject vehicle at the Heritage Auto Mall.

3.　Kia denies the allegations in paragraph 3 of the Complaint.

4.　Kia denies the allegations in paragraph 4 of the Complaint, except that Kia is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 4 of the Complaint.

5.　Kia is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

ORDER: This Answer is out of compliance with Local Rule 102(2b) in that typed material appears on both sides of each page. Please file an Amended Answer on or before 1/15/01. B. Legg USDJ 1/3/01