VENABLE, BAETJER AND HOWARD, LLP
*Including professional corporations*

Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201-2978
(410) 244-7400, Fax (410) 244-7742
www.venable.com

**VENABLE**
ATTORNEYS AT LAW

OFFICES IN
MARYLAND
WASHINGTON, D.C.
VIRGINIA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 JAN 12  A 11: 45

January 10, 2001

John A. McCauley
(410) 244-7655
jmccauley@venable.com

The Honorable Benson E. Legg
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Elijah Shon Walls v. Kia Motors America, Inc.*
            *Civil Action No. L-00-3675*

Dear Judge Legg:

        I recently received the Court's marginal order indicating that Kia Motors America, Inc. should file an amended answer because its original answer had typewriting on both sides of each page and therefore was not in compliance with Local Rule 102(2)(b). I have had the court file checked and determined that the *original* Answer of Kia Motors had in fact been submitted in accordance with local rules, that is, without double-sided pages. However, for reasons I do not understand, the *copy* of the Answer that was filed with the original was two-sided. This was a mistake, for which I apologize. Apparently, the copy has made its way into the Court's chambers file. In light of the fact that the original Answer was in proper format, I would request that the Court permit us to rectify the error with respect to the copy by providing the Court with a substitute copy that is not double-sided. I enclose such a substitute copy with this letter. I will also send a substitute copy to opposing counsel. This would make it unnecessary to file an amended answer. I do not want to presume that this would be an agreeable solution for the Court, but if it is, could Your Honor, please sign the signature line I have placed at the bottom of this letter to indicate the Court's approval. I very much appreciate your consideration of this matter.

                                      Sincerely,

                                      John A. McCauley

JAM:bb
Enclosure
BA2DOCS1\144214\1(11)
cc:    John Coppock, Esquire (w/substitute copy of Answer)

SO ORDERED AND APPROVED THIS 11TH DAY OF JANUARY, 2001:

Benson Everett Legg