UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ELIJAH SHON WALLS *
Plaintiff, *
v. * Civil Action No. L-00-3675
KIA MOTORS AMERICA, INC. *
Defendant. *

## MOTION FOR LEAVE TO AMEND THE COMPLAINT

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COME NOW** Plaintiff, Elijah Shon Walls, by and through his attorney, John E. Coppock Jr., and hereby requests leave to amend the Complaint in the above-captioned case in accordance with Federal Rule 15(a) and in support thereof states as follows;

1. Federal Rule 15(a), AMENDED AND SUPPLEMENTAL PLEADINGS states, " that leave shall be freely given when justice so requires."

2. This language is mandatory and in the absence of any showing of prejudice to the defendants the Plaintiff should be granted leave to amend the Complaint to include the Heritage Auto Mall of Bel Air, Inc. as a defendant in Counts Six, Seven Eight and Nine.

3. Since the underlying facts giving rise to the original Complaint and the aforementioned Counts are identical, no prejudice can be shown to the new defendant. In fact counsel for the Heritage Auto Mall of Bel Air, Inc. and counsel for KIA have been working closely in this matter to the extent that counsel for the Heritage Auto Mall of Bel Air, Inc. is providing service area, and possibly technicians, in his client's facility to test the vehicle which is the subject of this suit.

ORDER: ① Refile motion; 2 sided paper are unacceptable for filing by 4/15/01
② Def. shall advise me whether it objects to amendment proposed. B. Legg USDJ 4/6/01

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ELIJAH SHON WALLS** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civil Action No. L-00-3675** |
| **v.** | * | |
| | * | |
| **KIA MOTORS AMERICA, INC.** | * | |
| | * | |
| **Defendant.** | * | |

* * * * * * * * * * * *

**ORDER**

Based upon Plaintiff's Motion For Leave To Amend The Complaint, any answer thereto, and for good cause shown, it is this _________ day of _______ 2001, hereby

**ORDERED**, that the Plaintiff's Motion For Leave To Amend The Complaint, is hereby, **GRANTED.**

______________________________
JUDGE, U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND