UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIJAH SHON WALLS | * |
| | * |
| Plaintiff, | * |
| | *   Civil Action No. L-00-3675 |
| v. | * |
| | * |
| KIA MOTORS AMERICA, INC. | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Based upon Plaintiff's Motion For Leave To Amend The Complaint, any answer thereto, and for good cause shown, it is this 26TH day of April 2001, hereby

**ORDERED**, that the Plaintiff's Motion For Leave To Amend The Complaint, is hereby, **GRANTED**.

_____
JUDGE, U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND