UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

August 28, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL RE:   Elijah Shon Walls v.
Kia Motors America, Inc.
Civil #L-00-3675

Dear Counsel:

A telephone conference will be held on September 12, 2001, at 9:30 a.m. to schedule a trial. One of counsel is asked to initiate this conference call.

The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file