UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELIJAH SHON WALLS | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. L-00-3675 |
| v. | * | |
| | * | |
| KIA MOTORS AMERICA, INC. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Based upon Plaintiff's Motion For Voluntary Dismissal, any answer thereto, and for good cause shown, it is this _13TH_ day of _SEPT._ 2001, hereby

**ORDERED**, that the Plaintiff's Motion For Voluntary Dismissal is hereby, **GRANTED**.

_____
JUDGE, U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND